UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Docket No.: 1:19-CV-00047-WES-PAS

Q TECH, LLC, d/b/a MATERIAL  )
SAMPLING TECHNOLOGIES,       )
    Plaintiff             )
                             )
                             )
    v.                    )
                             )
                             )
CK ENVIRONMENTAL, INC.,      )
    Defendant             )
                             )

## DEFENDANT, CK ENVIRONMENTAL, INC.'S, ASSENTED-TO MOTION TO WITHDRAW NOTICE OF REMOVAL

The defendant, CK Environmental, Inc. ("CK"), with the assent of the plaintiff, Q Tech, LLC, d/b/a/ Material Sampling Technologies ("MST"), submits this Motion to Withdraw the Notice of Removal that CK filed with this Court on or about January 31, 2019.

At the time CK filed its Notice of Removal with this Court, CK was unaware that two of MST's LLC members reside in Massachusetts.  MST recently provided documentation proving that two of its members reside in Massachusetts.[1]  CK is a Massachusetts corporation.  Therefore, diversity jurisdiction does not exist.

The citizenship of an unincorporated entity, such as MST, is determined by the citizenship of all of its members. See Carden v. Arkoma Associates, 494 U.S. 185, 195–96 (1990) ("depends on the citizenship of 'all the members,' 'the several persons composing such association,' [and] 'each of its members.'"); Pramco, LLC v. San Juan Bay Marina, Inc., 435 F.3d 51, 54-55 (1st Cir. 2006); Emrit v. Am. Soc'y of Composers, No. 13-179-ML, 2013 U.S. Dist. LEXIS 114144, at *7 (D.R.I. Aug. 13, 2013).

---

[1] Plaintiff counsel requested that the supporting documentation that includes personal information not be included with this filing.

1529308.1

WHEREFORE, CK Environmental, Inc., respectfully requests that this Court remand this action to Rhode Island State Court.

Respectfully Submitted,
CK ENVIRONMENTAL, INC.,
The Defendant,
By Their Attorney,


_/s/ Peter H. Carroll_
Peter H. Carroll, R.I. Bar No.:  9116
SLOANE AND WALSH, LLP
652 Washington Highway, 3rd floor
Lincoln, RI  02868
617-523-6010
Fax:  617-227-0927
 _Pcarroll@sloanewalsh.com_

Date:  March 5, 2019


## CERTIFICATION

I, Peter H. Carroll, Esq., hereby certify that the within document was filed through the ECF U.S. District Court of Rhode Island Electronic filing system and will be sent electronically and via first class mail to counsel of record on March 5, 2019:

Jennifer R. Cervenka, Esq.
Rachelle R. Green, Esq.
Emily J. Migliaccio, Esq.
CERVENKA, GREEN,
 DUCHARME & ANTONELLI, LLC
235 Promenade Street, Suite 475
Providence, RI  02908
 _jcervenka@cgdalaw.com_
 _rgreen@cgdalaw.com_
 _emigliaccio@cgdalaw.com_
 (Plaintiff)


_/s/ Peter H. Carroll_
Peter H. Carroll R.I. Bar No.:  9116
SLOANE AND WALSH, LLP
652 Washington Highway, 3rd floor
Lincoln, RI  02868
617-523-6010
Fax:  617-227-0927
 _Pcarroll@sloanewalsh.com_

2

1529308.1